IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW COLE LINDEN,

    Plaintiff,

v.

KEITH RODBELL,

    Defendant.

CIVIL ACTION NO.
1:05-CV-1759-JEC

**ORDER**

    The above entitled action is presently before the Court on defendant's Motion to Dismiss [5]. The Court notes that on October 5, 2005, plaintiffs' filed a Motion for Extension of Time to respond to defendant's motion [8]. On November 3, 2005, the Court granted plaintiffs' motion for extension of time until October 24, 2005 [13]. As of this date, plaintiffs have still not filed a response to the defendant's motion to dismiss.

    Nevertheless, on October 24, 2005, the plaintiffs filed their First Amended Complaint [10]. The Court assumes that the Amended Complaint addressed the defects identified by defendant Rodbell in his motion to dismiss. In any event, defendant has not moved to dismiss the Amended Complaint.

AO 72A
(Rev.8/82)

Accordingly, the Court **DENIES AS MOOT** defendant's Motion to Dismiss [5].

SO ORDERED, this 23 day of JANUARY, 2006.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)